AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER DEWAYNE BONNER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 623-014

TIMOTHY WARD, et al

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 16, 2024, the Court grants

Defendants' motions to dismiss and dismisses this case. This case stands closed.



August 16, 2024 | John E. Triplett, Clerk of Court
Date | Clerk


(By) Deputy Clerk

GAS Rev 10/2020