IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
NOV 12 2026
FILED

| | | |
|---|---|---|
| CHRISTOPHER DEWAYNE BONNER, as Heir to the Estate of Christopher Dewayne Mathis, | ) | |
| Plaintiff-Appellant, | ) | Case No. CV 623-014 |
| | ) | Appeal No. 24-13016 |
| v. | ) | |
| TIMOTHY WARD et al., | ) | |
| Defendants-Appellees. | ) | |

**O R D E R**

The Judgment of this Court in the above entitled action having been affirmed by the U.S. Court of Appeals;

**IT IS HEREBY ORDERED** that the Judgment of the Eleventh Circuit, U.S. Court of Appeals, is made the judgment of this Court.

**SO ORDERED**, this 12th day of November, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA